Henry Steiner and Others, Appellants.—Judgment and order reversed and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulates to reduce verdict to $5,000; in which event, judgment as so modified and order affirmed, without costs. Order to be settled on notice. Present—Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.; Scott and Hotchkiss, JJ., dissented and voted for reversal on the ground that the verdict was against the weight of evidence.

William Rupp, Respondent, v. Henry Steiner and Others, Appellants. —Judgment and order reversed and new trial ordered, with coss tot appellants to abide event, unless plaintiff stipulates to reduce verdict to $1,000, in which event judgment as so modified and order affirmed, without costs. Order to be settled on notice. Present—Ingraham, P. J., Laughlin, Scott, [Dowling and Hotchkiss, JJ.; Scott and Hotchkiss, JJ., dissented and voted for reversal on the ground that the verdict was against the weight of evidence.

Max D. Blum, Respondent, v. Alliance Insurance Company of Philadelphia, Pa., Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Max D. Blum, Respondent, v. Alliance Insurance Company of Philadelphia, Pa., Appellant.—Motion denied. Order to be settled on notice. Present—Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The Mutual Life Insurance Company of New York, Respondent, v. Melvin Stephens and Others, Appellants.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.; Scott, J., dissented.

Lulu F. Adams, Respondent, v. Florence Clarke, Appellant, Impleaded with Others.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Edward C. Vick, Respondent, v. The Federal Biscuit Company, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Alice G. Rycroft, Appellant, v. George B. Post, Jr., and Others, Composing the Firm of Post & Flagg, Respondents.—Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Grace Georgette Dickinson and Others, as Executors, etc., Respondents, v. Cornell University Club, Appellant.—Judgment and order affirmed, with costs. No opinion. Present—Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Benjamin Weiskragen, as Administrator, etc., Respondent, v. John Heichel, Appellant.—Judgment and order affirmed, with costs. No opinion. Present—Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

C. Douglass Green, Respondent, v. Francis Waddington, Appellant, Impleaded with Another.—Judgment and order affirmed, with costs.